IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                              CASE NO. 4:10CR00279 BSM

NELSON JOEL AMAYA                                                      DEFENDANT

## ORDER

The United States of America moves [Doc. No. 19] to dismiss the indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. That motion is granted and the indictment is dismissed without prejudice.

IT IS SO ORDERED this 5th day of December 2011.

_____
UNITED STATES DISTRICT JUDGE